UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CATHLEEN L. ARONE,       Plaintiff, v. ASSET MANAGEMENT SPECIALISTS, INC.,       Defendant. | *Nov. 14, 2013* Civil Action No. 1:11-cv-11857-WGY YOUNG, D.J. So ordered as the case management scheduling order. Discovery due *Aug 15, 2014* Dispositive Motions due *June 1, 2014* */s/ William H. Young* District Judge |

## JOINT CASE MANAGEMENT PROPOSAL

Under Local Rule 16.1 and Fed. R. Civ. P. 26(f), the parties submit the following case management proposal:

**Proposed Pretrial Schedule.** The parties propose the following pretrial schedule:

| Event | Deadline |
|---|---|
| Initial Disclosures Exchanged | November 27, 2013 |
| Written Discovery Requests Served | May 15, 2014 |
| Settlement Conference | June 2014 |
| Fact Depositions Completed | June 30, 2014 |
| Expert Disclosures Served by Party with Burden of Proof | July 18, 2014 |
| Summary Judgment Motions Filed | ~~July 31, 2014~~ *June 1, 2014* /WAY/ |
| Expert Disclosures Served by Party without Burden of Proof | August 1, 2014 |
| Expert Depositions Completed | August 15, 2014 |
| Final Pretrial Conference | ~~Week of August 18, 2014~~ /WAY/ |
| Trial | September 2, 2014 |

**Trial by Magistrate Judge.** The parties do not consent to trial before a magistrate judge.

**Certifications Under Local Rule 16.1(d)(3).** The required certifications are attached.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CATHLEEN L. ARONE, | ASSET MANAGEMENT SPECIALISTS, INC. |
| By her attorneys, | By its attorneys, |
| /s/ Brian D. Lipkin | /s/ Robert R. Pierce |
| Alan D. Rose (BBO# 427280) | Robert R. Pierce (BBO #549172) |
| Alan D. Rose, Jr. (BBO# 628871) | Paul A. Hourihan (BBO #682505) |
| Brian D. Lipkin (BBO #673850) | Pierce & Mandell, P.C. |
| Rose, Chinitz & Rose | 11 Beacon Street, Suite 800 |
| One Beacon Street, 23rd Floor | Boston, Massachusetts 02108 |
| Boston, Massachusetts 02108 | (617) 720-2444 |
| (617) 536-0040 | Fax: (617) 720-3693 |
| Fax: 617-536-4400 | bob@piercemandell.com |
| adr@rose-law.net | paul@piercemandell.com |
| adrjr@rose-law.net | |
| bdl@rose-law.net | |
| | Louis J. Salerno, *Pro Hac Vice* |
| | U.S. General Counsel |
| | Asset Management Specialists, Inc. |
| | 311 Sinclair Street |
| | Bristol, Pennsylvania 19007 |
| | (215) 486-3175 |
| | Fax: (215) 874-8284 |
| | lsalerno@amsreo.com |

Dated: November 13, 2013

### CERTIFICATE OF SERVICE

On November 13, 2013, I filed this document through the ECF system and mailed a copy to:

>Christine J. Wichers
>Assistant U.S. Attorney
>Moakley U.S. Courthouse
>One Courthouse Way, Suite 9200
>Boston, Massachusetts 02210

/s/ Brian D. Lipkin